UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
LIANGGUANG SUN, JINGPING
JIANG, SHANLIANG HU, JIANQING
ZHENG, WANG LIU, ZAN NI,
XIEHUI CHEN, XINLE PAN,
YONGXING LIU, ZENG GUANG FU,
YONG LUI, and CHENYONG
ZHANG, on behalf of themselves and
all other persons similarly situated,

**MEMORANDUM AND ORDER**
No. 15-CV-4325 (FB) (MDG)

    Plaintiffs,

 -against-

AAA VENTURE CAPITAL INC.,
JEFF LIU, KAREN YANG, and JOHN
DOES #1-10,

    Defendants.
-------------------------------------------------x

**BLOCK, Senior District Judge:**

On September 30, 2016, the Court directed the Clerk to enter judgment in this action in accordance with Magistrate Judge Go's Report and Recommendation (R&R) of September 12, 2106. The Clerk subsequently called the Court's attention to a possible error in the R&R.

The R&R recommended entry of judgment in favor of nine of the plaintiffs "in the amount of $18,163.62 each, including minimum wages of $2,928.00, overtime wages of $7,593.81, and liquidated damages under the FLSA of $9,081.81 per

plaintiff." R&R at 32. The amounts listed for minimum wages, overtimes wages and liquidated damages add up to an amount greater than the total amount recommended for each plaintiff.

Having reviewed the record, the Court concludes that the error was due to copying the amount of total overtime earned from a damages calculation appended to the R&R without deducting overtime wages paid. The result was an overstatement of *unpaid* overtime wages.

Accordingly, the Court re-adopts the R&R with the following modification: Judgment shall be entered in favor of plaintiffs Shanliang Hu, Xiehui Chen, Zengguang Fu, Xinle Pan, Jingping Jiang, Zan Ni, Yongxing Liu, Jianqing Zheng, and Wang Liu against AAA Venture Capital, Inc., and Jeff Liu in the amount of $18,163.62 each, including minimum wages of $2,928.00, **overtime wages of $6,153.81**, and liquidated damages under the FLSA of $9,081.81 per plaintiff, for a total of $163,472.58. The Clerk shall enter judgment in accordance with the R&R, plus post-judgment interest, as modified by this memorandum and order.

**SO ORDERED**.

  /s/ Frederic Block  
FREDERIC BLOCK  
Senior United States District Judge

Brooklyn, New York  
October 6, 2016